IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AMANDA HACKETT, individually and on behalf of all other similarly situated employees who consent to their inclusion in a collective action,  :  :  :  :  : | |
| Plaintiffs, : | |
| : | CIVIL ACTION |
| v. : | NO. 2:14-cv-00073-WCO |
| : | |
| JOHNSON JUNCTION, INC., : d/b/a CUPBOARD CAFÉ, : : | |
| Defendant. : | |

## **ORDER**

The parties in this Fair Labor Standards Act ("FLSA") proceeding filed a "Joint Motion For Approval of FLSA Settlement" [17]. "When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The "FLSA requires judicial review of the reasonableness of counsel's legal fees to assure both that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement." *Silva v. Miller*, 307 F. App'x 349, 351 (11th Cir. 2009). This

court has previously discussed the conflict of interest that may arise in a FLSA settlement in *Martin v. Huddle House, Inc.*, 2011 WL 611625 (N.D. Ga. Feb. 11, 2011).

The court will hold a hearing to assess the settlement's fairness on Thursday October 9, 2014, at 2:00 p.m. in the Third Floor Courtroom of the United States District Court in Gainesville, Georgia.  Plaintiffs must attend the hearing.

IT IS SO ORDERED, this 11th day of September, 2014.

s/*William C. O'Kelley*
William C. O'Kelley
Senior United States District Judge
